IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00925-WYD-KMT

YUE MA (A# 078 641 148),

    Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
ROB MATHER, District Director, Denver District Office, United States Citizenship and Immigration Service; and
GERARD HEINAUER, Service Center Director, United States Department of Homeland Security, Lincoln, Nebraska; and
FEDERAL BUREAU OF INVESTIGATIONS,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties Stipulated Motion to Dismiss All Claims by Plaintiff Yue Ma, filed August 11, 2008 (docket #6) . After reviewing the motion and the file, it is hereby

ORDERED that the parties Stipulated Motion to Dismiss All Claims by Plaintiff Yue Ma, filed August 11, 2008 (docket #6) is **GRANTED**. It is

FURTHER ORDERED that all Claims by Plaintiff Yue Ma are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees.

Dated: November 3, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge